UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

BOB AARON MIKELL, )
)
    Plaintiff, )
)
v. )    Case No. CV616-111
)
JAMES L. WINSKEY, *et al.,* )
)
    Defendants. )

## O R D E R

    After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

    **SO ORDERED** this 22nd day of February, 2017.

                    HONORABLE J. RANDAL HALL
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF GEORGIA